IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Panther, Cecil N | Case Number: 08 B 07837 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 02/10/09 | Filed: 4/1/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: October 30, 2008
Confirmed: September 11, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,375.00 | |
| Secured: | | 625.00 |
| Unsecured: | | 30.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,331.50 |
| Trustee Fee: | | 281.09 |
| Other Funds: | | 107.41 |
| Totals: | 4,375.00 | 4,375.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,331.50 | 3,331.50 |
| 2. | PHH Mortgage Services F/K/A Cendant Mtg | Secured | 0.00 | 0.00 |
| 3. | Capital One Auto Finance | Secured | 9,595.47 | 625.00 |
| 4. | PHH Mortgage Services F/K/A Cendant Mtg | Secured | 22,891.70 | 0.00 |
| 5. | GE Money Bank | Unsecured | 975.61 | 0.00 |
| 6. | Discover Financial Services | Unsecured | 4,289.81 | 0.00 |
| 7. | GE Money Bank | Unsecured | 2,829.30 | 0.00 |
| 8. | Capital One Auto Finance | Unsecured | 316.79 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 2,094.18 | 0.00 |
| 10. | Educational Credit Management Corp | Unsecured | 32,135.38 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 421.72 | 30.00 |
| 12. | Educational Credit Management Corp | Unsecured | 22,330.69 | 0.00 |
| 13. | Capital One | Unsecured | 627.91 | 0.00 |
| 14. | American Express | Unsecured | 3,704.68 | 0.00 |
| 15. | City Of Chicago Dept Of Revenue | Unsecured | 180.00 | 0.00 |
| 16. | Resurgent Capital Services | Unsecured | 3,179.22 | 0.00 |
| 17. | Resurgent Capital Services | Unsecured | 2,143.02 | 0.00 |
| 18. | Macy's | Unsecured | 825.04 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 6,368.93 | 0.00 |
| 20. | Resurgent Capital Services | Unsecured | 8,361.89 | 0.00 |
| 21. | Sallie Mae | Unsecured | 6,052.72 | 0.00 |
| 22. | Charter One Bank | Unsecured | | No Claim Filed |
| 23. | Nicor Gas | Unsecured | | No Claim Filed |
| 24. | Professional Account Management | Unsecured | | No Claim Filed |
| 25. | TCF Bank | Unsecured | | No Claim Filed |
| | | | $ 132,655.56 | $ 3,986.50 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Panther, Cecil N

Printed: 02/10/09

Case Number: 08 B 07837
Judge: Wedoff, Eugene R
Filed: 4/1/08

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 36.84 |
| 6.6% | 244.25 |
| | $ 281.09 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mack*